MARY DEVLIN, Administratrix, etc., Respondent, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant, et al., Respondents.

(Argued December 12, 1882 ; decided December 15, 1882.)

*Willard Bartlett* for appellant.

*T. C. Cronin* for respondents.

Agree to reverse, and matter remitted to General Term to pass upon the merits.    No opinion.
All concur, except TRACY, J., absent.
Ordered accordingly.